IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. ALLAM, SR., | No. 1:24-CV-01041 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Latella) |
| F. SUTTON, *et al.*, | |
| Defendants. | |

## ORDER

**AUGUST 15, 2025**

Andrew J. Allam, Sr. filed this amended 42 U.S.C. § 1983 civil rights complaint alleging that several individuals violated his rights with respect to an assault against him while incarcerated, and the subsequent failure to properly handle his grievance.[1] On July 1, 2025, Magistrate Judge Leo A. Latella issued a Report and Recommendation recommending that this Court grant the motion to dismiss filed by Defendants D. Leech and T. Heist.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections

---

[1] Doc. 21.
[2] Doc. 35.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Latella's recommendation that Leech and Heist be dismissed from this action. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Leo A. Latella's Report and Recommendation (Doc. 35) is **ADOPTED**;

2. Defendants Leech and Heist's motion to dismiss (Doc. 26) is **GRANTED** and those Defendants are **DISMISSED** from this action; and

3. This matter is **REMANDED** to Magistrate Judge Latella for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.